UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Roberto Cosmo Guadarrama Albarran
          Plaintiff,

v.          Case No.: 1:25−cv−13643
          Honorable Sharon Johnson Coleman

Kristi Noem
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 11/13/2025. Petitioner Guadarrama Alabarran's Petition for Writ of Habeas Corpus is granted [1] to the extent he seeks relief under 8 U.S.C. § 1226(a). Within five days of this order, Respondents must either: (1) provide Mr. Guadarrama Alabarran with a bond hearing before an IJ under 8 U.S.C. § 1226(a), at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Mr. Guadarrama Alabarran's continued detention; or (2) release Mr. Guadarrama Alabarran from custody, under reasonable conditions of supervision. The Court further orders Respondents to ensure, within 48 hours of this Order, that Mr. Guadarrama Alabarran obtains phone access while in detention to communicate at least once per day with his counsel, and with his family. Status hearing set for 11/18/2025 at 11:00 a.m. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.